# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASVINDER SINGH,<br>A# 245 361 606,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:26-cv-01937<br><br>(SAPORITO, J.) |

## AMENDED ORDER

AND NOW, this 17th day of September, 2026, in accordance with the accompanying Amended Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall **immediately release** the petitioner from custody;

3. The respondent shall file a written notice of the petitioner's release from custody **within three (3) days** after such release;

4. In the interim, the respondent shall file a written status report with respect to the petitioner's custody status **every seven (7) days**

after entry of this order, until the petitioner's actual release from custody;

5. The petitioner's motion to expedite (Doc. 6) is **DENIED as moot**; and

6. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge