# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASVINDER SINGH,<br>A# 245 361 606,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:26-cv-01937<br><br>(SAPORITO, J.) |

## ORDER

AND NOW, this 17th day of September, 2026, upon further consideration of the petition (Doc. 1), response (Doc. 4), and reply (Doc. 5), and in light of the recent decision by the United States Court of Appeals for the Third Circuit in *Buele Morocho v. Warden Phila. FDC*, ___ F.4th ____, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), **IT IS HEREBY ORDERED THAT** the Amended Memorandum and Amended Order filed herewith **SUPERSEDE** the Memorandum (Doc. 8) and Order (Doc. 9) entered in this case on August 28, 2026. *See Bryant v. N.J. Dep't of Transp.*, 998 F. Supp. 438, 441 (D.N.J. 1998) ("A district court may . . . vacate a judgment pursuant to Rule 59(e) on the basis of an intervening

change in controlling law."); *id.* at 442 ("A district court may invoke this power *sua sponte*."); *see also Graham v. Hoffer*, No. 1:05-CV-2679, 2008 WL 4570667, at *1 (M.D. Pa. Oct. 10, 2008) (quoting *Bryant*, 998 F. Supp. at 442).

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge